■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARQUEZ MACK, Appellant. [946 NYS2d 915]—Appeal from a judgment of the Erie County Court (Thomas P. Franczyk, J.), rendered June 4, 2010. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of robbery in the second degree (Penal Law § 160.10 [2] [b]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to County Court's suppression ruling (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Velardi*, 93 AD3d 1238, 1239 [2012]). The waiver also encompasses defendant's challenge to the severity of the sentence (*see Lopez*, 6 NY3d at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Carni, Lindley, Sconiers and Martoche, JJ.